IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**UNITED STATES OF AMERICA**     §
                                 §
v.                               §     Case No. **3:21-CR-577-L**
                                 §
**LADARRION DEMARCUS CLAIBORNE**  §

## <u>ORDER</u>

On August 8, 2028, The Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Motion") ("Report") (Doc. 64) was entered, recommending that the court deny Defendant's Motion to Withdraw Guilty Plea (Doc. 53). No objections to the Report were filed, and the deadline for filing objections has expired.

Having considered the Motion, file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **denies** Defendant's' Motion (Doc. 64).

It is so ordered this 16th day of September, 2024.

Sam A. Lindsay
United States District Judge

**Order – Solo Page**